[Civ. No. 806. Fourth Appellate District.—May 12, 1933.]

HENRIETTA NELSON, a Minor, etc., Respondent, v. CALIFORNIA CONSTRUCTION COMPANY (a Corporation), Appellant.

Ray W. Hays for Appellant.

Farnsworth, Burke & Maddox for Respondent.

CAMPBELL, J., *pro tem.*—■■■ The facts and questions of law involved herein are identical with those in the case of *Nelson* v. *California Construction Co., a Corporation,* (Civ. No. 808) this day decided, *ante,* p. 757 [22 Pac. (2d) 282]), and for the reasons there given the judgment here appealed from is affirmed.

Barnard, P. J., and Jennings, J., concurred.

[Civ. No. 807. Fourth Appellate District.—May 12, 1933.]

LILLIE S. NELSON, Respondent, v. CALIFORNIA CONSTRUCTION COMPANY (a Corporation), Appellant.

Ray W. Hays for Appellant.

Farnsworth, Burke & Maddox for Respondent.

CAMPBELL, J., *pro tem.*—██ The facts and questions of law involved herein are identical with those in the case of *Nelson* v. *California Construction Co., a Corporation,* (Civ. No. 808) this day decided (*ante,* p. 757 [22 Pac. (2d) 282]), and for the reasons there given the judgment here appealed from is affirmed.

Barnard, P. J., and Jennings, J., concurred.